## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States of America v. Ralph Daniel Smith    Docket No.: 16-2781

Lead Counsel of Record (name/firm) or Pro se Party (name): Daniel DeMaria, Merchant Law Group LLP

Appearance for (party/designation): Ralph Daniel Smith, Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect. Please change the following parties' designations:
    Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on N/A _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *Daniel D.*
Type or Print Name: Daniel DeMaria
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.